IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 07-74 T
(Judge Lettow)

KANAWHA EAGLE COAL, LLC

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

NOTICE OF APPEARANCE

---

Please enter the appearance of Robert Stoddart as attorney of record for the United States.

Opposing parties should serve all papers upon:

Robert Stoddart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

Dated: March 19, 2007

s/ Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
Court of Federal Claims Section
Tel.: (202) 307-6445
FAX: (202) 514-9440