IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-74 T
(Judge Lettow)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 60-day enlargement of time, from March 31 through May 31, 2007, inclusive, within which to file its answer. This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states that the Internal Revenue Service (IRS) attorney assigned to this case has ordered the administrative files, but does not expect to receive them within the time now permitted. After receiving them, he must draft the IRS's recommendations for defense of the case, as required by 28 U.S.C. § 520. The defendant cannot respond to the substance of the complaint until it receives both the administrative files and the IRS's recommendation.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

s/ David Gustafson

March 27, 2007