IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-74T

(Filed: March 29, 2007)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's motion for an enlargement of time, filed March 27, 2007. The government requests that the court enlarge by sixty days, to May 31, 2007, the deadline for the filing of its answer. Plaintiff does not oppose the government's motion.

For good cause shown, the government's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge