IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-74T

(Filed: August 16, 2007)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The parties filed a joint preliminary status report in this case on July 19, 2007, in which they suggested, among other things, that preparations for a trial be undertaken that would enable "the [c]ourt initially to determine the question of liability only," with the parties to be given time thereafter "to perform and agree upon any necessary recomputation of tax liability and interest due." Joint Preliminary Status Report ("Report") ¶ c. The parties also indicate that a period of six months for discovery would be appropriate. *Id.* ¶ j.

For good cause shown, the parties' suggestions are adopted by the court. Discovery shall be completed by February 19, 2008, and the parties shall, on or before March 3, 2008, submit a joint status report that addresses final steps in preparation for trial and proposes a date for commencement of trial.

It is so ORDERED.

s/ Charles F. Lettow
Judge