IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-74 T
(Judge Lettow)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S STATUS REPORT AND MOTION FOR SUSPENSION OF PROCEEDINGS

The defendant, the United States, reports a development that could make any further proceedings in this case superfluous. On December 3, 2007, the United States Supreme Court granted the defendant's *certiorari* petition in *United States v. Clintwood Elkhorn Mining Co.*, No. 07-308. The Court will review the Federal Circuit's decision in *Clintwood Elkhorn Mining Co. v. United States*, 473 F.3d 1373 (Fed. Cir. 2007). In particular, the Court will decide the following question (*see* the notification on the Supreme Court's website, http://www.supremecourtus.gov/docket/07-308.htm):

> Whether a taxpayer who would have been entitled to file a tax refund action in federal court to seek a refund of taxes (and interest thereon), but who failed to satisfy a statutory prerequisite to such an action (namely, the filing of a timely administrative refund claim) and is therefore barred from bringing such an action, may obtain a refund, and interest thereon, through an action directly under the Constitution pursuant to the Tucker Act, 28 U.S.C. 1491(a).

If the Supreme Court answers this question in the negative, the present case must be dismissed.

The parties will have wasted the time and resources they are devoting to the present case if the Supreme Court reverses the Federal Circuit's *Clintwood Elkhorn* decision. The defendant therefore asks the Court to suspend all proceedings until two weeks after the Supreme Court decides *Clintwood Elkhorn*. If the Supreme Court affirms the Federal Circuit's decision that this Court has jurisdiction of suits like the plaintiff's, the parties will suggest further proceedings.

The plaintiff's attorney has stated that he will not oppose this motion.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Court of Federal Claims Section

s/ David Gustafson

January 11, 2008