IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-74T

(Filed: January 14, 2008)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

# ORDER

Pending before the court is the government's Motion for Suspension of Proceedings, filed January 11, 2008. Because the Supreme Court recently granted certiorari for *United States v. Clintwood Elkhorn Mining Co.*, 473 F.3d 1373 (Fed. Cir. 2007), *cert. granted*, 76 U.S.L.W. 3286 (U.S. Dec. 3, 2007) (No. 07-308), in which the Court will review a question that is pertinent to the case at hand, the government seeks to stay all proceedings in this case until two weeks after the Supreme Court issues a final decision.

For good cause shown, the government's motion is granted and proceedings are stayed. The parties shall file a joint status report within 20 days after the Supreme Court's final disposition of *Clintwood Elkhorn*.

It is so ORDERED.

s/ Charles F. Lettow
Judge