IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-74 T
(Judge Lettow)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT AND MOTION FOR CONTINUED SUSPENSION OF PROCEEDINGS

As the Court requested in its Order of January 14, 2008, the parties report that the Supreme Court has now decided that courts lack jurisdiction of claims for refund of coal-excise tax imposed on exports unless the taxpayer has filed a timely refund claim. *See United States v. Clintwood Elkhorn Mining Co.*, 2008 WL 1721530 (U.S. April 15, 2008). The decision in *Clintwood Elkhorn* will decide all the unresolved issues in the present case if the decision becomes final. Clintwood Elkhorn may petition the Supreme Court for a rehearing on or before May 12, 2008. The parties therefore ask this Court to continue suspension of this case until May 19, 2008.

The plaintiff agrees that defendant may submit this status report and motion as a joint filing.

WHEREFORE, the plaintiff and the defendant pray that their motion for continued suspension of proceedings be granted.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Court of Federal Claims Section

s/ David Gustafson

April 23, 2008