IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-74 T
(Judge Lettow)

KANAWHA EAGLE COAL, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

June 27, 2008
Date

JOHN Y. MERRELL, JR.
Merrell & Merrell, P.C.
1477 Chain Bridge Road
Suite 101
McLean, VA 22101
TEL: (703) 790-8440
FAX: (703) 790-8944

Attorney for the Plaintiffs

7/1/2008
Date

ROBERT STODDART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

7/1/2008
Date

Of Counsel

Attorneys for the Defendant